UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Michael Nikiforuk and Emily Nikiforuk,

       Plaintiffs,                        Case No. 11-10815

v.                                          Hon. Nancy G. Edmunds

Citimortgage, Inc., ABN Amro Mortgage
Group, Inc., John Does (Investors, Assigns,
and others), Jane Does (Investors, Assigns,
and others),

       Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendants' Citimortgage, Inc. and ABN Amro Mortgage Group, Inc.'s motion to dismiss [#10] is GRANTED AS TO ALL CLAIMS, and the case is hereby DISMISSED WITH PREJUDICE.

      SO ORDERED.

                                          s/Nancy G. Edmunds
                                          Nancy G. Edmunds
                                          United States District Judge

Dated: January 30, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 30, 2012, by electronic and/or ordinary mail.

                                          s/Carol A. Hemeyer
                                          Case Manager