UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Michael Nikiforuk and Emily Nikiforuk,

       Plaintiffs,                               Case No. 11-10815

v.                                                      Hon. Nancy G. Edmunds

Citimortgage, Inc., et al.,

       Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

       This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that because this Court does not have jurisdiction to grant injunctive relief while the case is on appeal, Plaintiffs' Motion for Temporary Restraining Order [#35] and Motion for Preliminary Injunction [#37] are hereby DENIED.

       SO ORDERED.

                                                       s/Nancy G. Edmunds
                                                       Nancy G. Edmunds
                                                       United States District Judge

Dated: June 27, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 27, 2012, by electronic and/or ordinary mail.

                                                         s/Carol A. Hemeyer
                                                       Case Manager